PROB 12C
(6/16)

Report Date: August 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alan Bernard Way | Case Number: 0980 2:18CR00212-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c) | | |
| Original Sentence: | Probation - 5 years | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 15, 2019 | |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: October 14, 2024 | |

### PETITIONING THE COURT

To issue a summons.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by ingesting a controlled substance, fentanyl, on or about August 15, 2023.<br><br>On August 15, 2023, Mr. Way submitted a urine specimen at Spokane Addiction Recovery Centers (SPARC) that returned positive for fentanyl. |
| 2 | **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 4, by being untruthful with the probation officer on August 15, 2023. |

Prob12C
Re: Way, Alan Bernard
August 21, 2023
Page 2

On August 15, 2023, the offender reported to the U.S. Probation Office to have a sweat patch removed. At that time, the probation officer asked him if he had used any illicit substances and he indicated he had not ingested any controlled substances. As indicated above, the offender submitted a urine specimen at SPARC on August 15, 2023, that returned positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 21, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/21/2023

Date