PROB 12C
(6/16)

Report Date: October 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alan Bernard Way | Case Number: 0980 2:18CR00212-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: October 15, 2019 | |
| Original Offense: Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c) | |
| Original Sentence: Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: Lorinda Youngcourt | Date Supervision Expires: October 14, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/21/2023 and 10/6/2023.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on October 13, 2023. |
| | The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on October 13, 2023. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Way, Alan Bernard
October 18, 2023
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 18, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

10/17/2023
Date