PROB 12C
(6/16)

Report Date: October 6, 2023

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alan Bernard Way | Case Number: 0980 2:18CR00212-RMP-1 |
| Address of Offender: ██████████ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: October 15, 2019 | |
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c) |
| Original Sentence: Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: Lorinda Youngcourt | Date Supervision Expires: October 14, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from the unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by ingesting a controlled substance, fentanyl, on or about August 26, 2023. |
| | On September 29, 2023, this officer contacted the offender's treatment counselor to discuss his progress in treatment. At that time, his counselor advised that Mr. Way submitted a urine specimen at the treatment facility on August 29, 2023, that returned positive for fentanyl. She further indicated that she met with Mr. Way on that same date and he admitted to using fentanyl on or about August 26, 2023. |
| 4 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from the unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Way, Alan Bernard
October 6, 2023
Page 2

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by ingesting a controlled substance, fentanyl, on or about September 14, 2023.

On September 28, 2023, this officer conducted a home visit at the offender's residence for the purpose of removing a sweat patch. When asked if the sweat patch result would return positive, Mr. Way indicated that he was not sure. He later admitted to using fentanyl on or about September 14, 2023, which was the date he appeared in Court for his initial appearance. It should be noted, the sweat patch results remain pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 6, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

10/6/2023

Date