PROB 12C
(6/16)

Report Date: November 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alan Bernard Way                Case Number: 0980 2:18CR00212-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 15, 2019

Original Offense:         Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c)

Original Sentence:        Probation - 5 years              Type of Supervision: Probation

Asst. U.S. Attorney:      Caitlin A. Baunsgard             Date Supervision Commenced: October 15, 2019

Defense Attorney:         Lorinda Youngcourt               Date Supervision Expires: October 14, 2024

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023, 10/06/2023 and 10/18/2023.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2 by ingesting a controlled substance, fentanyl, on or about October 29, 2023.<br><br>On November 2, 2023, this officer conducted a home contact at the offender's residence for the purpose of removing his sweat patch.  At that time, Mr. Way admitted to ingesting fentanyl on or about October 29, 2023.  The sweat patch test result is currently pending. |
| 7 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Way, Alan Bernard
November 3, 2023
Page 2

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2 by ingesting a controlled substance, fentanyl, on or about November 1, 2023.

On November 2, 2023, this officer conducted a home contact at the offender's residence for the purpose of removing his sweat patch. At that time, Mr. Way admitted to ingesting fentanyl on or about November 1, 2023. The sweat patch test result is currently pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 3, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Rosanne Malouf Peterson

Signature of Judicial Officer

11/3/2023
Date