; PROB 12C
(6/16)

Report Date: November 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alan Bernard Way | Case Number: 0980 2:18CR00212-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: October 15, 2019 | |
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c) |
| Original Sentence: Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: Lorinda Youngcourt | Date Supervision Expires: October 14, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023, 10/06/0223, 10/18/2023 and 11/03/2023.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by ingesting a controlled substance, fentanyl, on or about October 19, 2023. |
| | On October 19, 2023, a sweat patch was placed on the offender. The sweat patch was removed on October 26, 2023, at which time it was sent to the laboratory for drug testing. |
| | On November 6, 2023, the probation officer received notification that the above-referenced sweat patch returned positive for fentanyl. |

Prob12C
Re: Way, Alan Bernard
November 9, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 9, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
11/9/2023

Date