PROB 12C
(6/16)

Report Date: January 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alan Bernard Way      Case Number: 0980 2:18CR00212-TOR-1

Address of Offender: 2217A North Monroe, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2019

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1),(b)(1)(c) | |
| Original Sentence: | Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: October 14, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2023, 10/06/2023, 10/18/2023, 11/03/2023 and 11/09/2023.

On October 22, 2019, Mr. Way's conditions of probation were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

On December 21, 2023, Mr. Way's modified conditions were reviewed by the probation officer, which included the requirement that he reside in clean and sober housing, and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 5:** You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of that change. |
| | **Modified Condition #1**: You must reside in clean and sober housing. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 5, and modified condition number 1, by failing to reside at the approved clean and sober residence. |

Prob12C
**Re: Way, Alan Bernard**
**January 5, 2024**
Page 2

On January 4, 2024, Mr. Way was evicted from his clean and sober housing. According to the housing manager, Mr. Way was evicted due to his failure to attend required group sessions, as well as his failure to obtain gainful employment to pay his rent obligation. It should be noted, Mr. Way did inform the probation officer of his eviction on January 4, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 5, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

January 5, 2024
Date